# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MICHAEL ELLIS

NO.  2019 CW 0683

VERSUS

CIRCLE L TRUCKING, LLC AND
EMPLOYERS MUTUAL CASUALTY
COMPANY

**SEP 1 7 2019**

---

In Re:   Employers Mutual Casualty Company, applying for
         supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 676118.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT NOT CONSIDERED.**  Relator, Employers Mutual Casualty
Company, violated several rules of the Uniform Rules of
Louisiana Courts of Appeal, namely Rule 4-5(C)(3), (4), (8), and
(9).   Specifically, it failed to include an appropriate
statement of the case, issues of law, and assignments of error.
Additionally, relator failed to include a "copy of any
opposition and any attachments thereto filed by a party in the
trial court or a statement by the relator that no opposing
written document was filed[.]"   Lastly, relator failed to
provide this court with the complete copy of its exception and
attached memorandum filed with the trial court.

Supplementation of this writ application and/or an
application for rehearing will not be considered.   Rules 2-18.7
& 4-9, Uniform Rules of Louisiana Courts of Appeal.

In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation
including documentation to show the original writ application
was timely, and must comply with Rule 2-12.2, Uniform Rules of
Louisiana Courts of Appeal.   Any new application must be filed
on or before October 1, 2019, and must contain a copy of this
ruling.

**VGW**
**JMG**
**WJC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT